**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHALOM GOLDSTEIN, *et al,*** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 16-2507 (CRC) |
| v. | ) | |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN, *et al.*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DECLARATION OF SHALOM GOLDSTEIN**

COMES NOW the declarant, Shalom Goldstein, duly sworn upon oath, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am a citizen of the United States.

3. On the evening of August 19, 2003, I boarded the No. 2 Egged bus in Jerusalem bus and sat in a seat a couple rows behind the bus driver. As the bus entered the Shmuel Ha-Navi neighborhood in Jerusalem, an individual boarded the bus and there was an immediate explosion.

4. The explosion rendered me unconscious and I woke up on the floor of the bus surrounded by darkness caused by smoke, soot, and debris. I was able to pull myself from the wreckage and soon discovered that I was covered in blood. The explosion burst my eardrums and caused severe lacerations and bruises to my body, face and eyes.

5. Attached as Exhibit A to this Declaration is a true and correct copy of a news article depicting the No. 2 Egged bus following the attack.

6. Attached as Exhibit B to this Declaration is a true and correct copy of a police report from the Israeli police confirming that I was a victim of the August 2003 terrorist attack.

7. I suffered from the physical injuries that I suffered from the explosion for years after the attack. I had a significant loss of hearing for a number of years after the attack.

8 Attached as Exhibit C to this Declaration is a true and correct copy of medical records for my treatment that I received following the explosion.

9. In addition to my physical injuries, I suffered, and continue to suffer, severe emotional distress as a result of the terrorist attack. I suffer from anxiety and bouts of depression due to the traumatic events of the terrorist attack. Although I have not received medical treatment for my anxiety, I frequently consult my Rabbi for guidance to help deal with the emotional distress caused by the attack.

10. My life, and the lives of my entire family, has never been the same following the terrorist attack. I personally witnessed the severe emotional injuries that my parents and siblings suffered as a result of the attack.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 2nd day of December 2018.

Shalom Goldstein

# EXHIBIT A

HAMODIA המודיע
THE WEEKLY NEWSPAPER OF TORAH JEWRY
VI:271 Aug. 22, 2003 ב"ה ראה, תשס"ג
Price: N.Y./N.J. $1.00/Outside N.Y. $1.75/Catskills $1.25

Congress to Defend Fence Against Sanctions A20

Shloshim of Gateshead Rav, zt"l B38

French Heat-Wave Sparks Resignations B32

Internal Injuries
PROFILES OF COURAGE
PAGE B2

Pollard To Get His Day in Court
PAGE A18

# 18 Jews Killed in Jerusalem Bus Bombing; 'Road Map' Frozen

*Crowded double bus was carrying families who had davened at the Kosel; more than 100 wounded in latest atrocity*

Wreckage of the crowded double-length bus en route from the Kosel that was destroyed by suicide bomber on Tuesday night, killing 18 Israelis, Hy"d, including five children, and wounding 120.

In one of the most horrific bombings to hit Jerusalem, a suicide bomber blew himself up on a crowded double-length bus in Jerusalem, killing 18 Israelis, *Hy"d,* including five children; and wounding 120, on Tuesday night.

The No. 2 Egged bus was packed with families returning from the Kosel shortly after 9:00 p.m. when the suicide bomber, dressed as a chareidi Jew, detonated himself as the bus was making a right turn on to Shmuel Hanavi Street, a busy intersection in the heart of Jerusalem. The force of the blast demolished the No. 2 bus, and blew out the windows of a bus in front of the bombed bus, as well as those of a car behind it, wounding some of their passengers.

"I had just come from davening at the Kosel and was heading home," said Tzvi Weiss, an 18-year old yeshiva student from New York City who sat in the front of the bus and escaped unharmed. "The bomb went off at the back of the bus. Everything went black. I climbed out of the broken window and started running. All around me there were people covered in blood, screaming, some with limbs missing," he said.

Eyewitnesses described the scene as a masscrep: a baby carriage on the floor of the bus, covered with blood; the interior of the bus, covered with blood; clothing, including hats, soaked in blood.

Another eyewitness saw an infant on the floor of the bus, burnt all over. "I saw little children and adults coming out of the bus that are burned all around," he said.

A yeshiva student reported that he was in a shiur when he heard a noise that shook the building. He ran out and saw wounded and dazed passengers try to get out of the bus. "I saw a little girl all burnt laying on the floor and saying, 'Take me away from here.'"

David Goldstein, who was in a nearby shul, some 200 feet from the scene of the bombing, rushed to place when he heard the explosion. He heard children and women screaming and crying. "I saw a two-year old baby who was no longer breathing, but she still had a pulse. I tried to resuscitate her, but I couldn't."

Shocked survivors, including crying children with blood-smeared faces, were led away from the scene.

Emergency personnel were trying to rescue people, using torches to free them from the bus. Many Jews rushed to shuls to recite *tehillim,* and to entreat Hashem to order the *malach hamashchis* to desist, "Enough."

Yaakov Kalmen, from Hatzoloh of Jerusalem, reported that the bottom of the bus collapsed, and many wounded passengers and body parts just fell to the ground below it.

The wounded were evacuated to hospitals around the city. Five of the 21 victims taken to Hadassah

*continued on page A2*

# Truck Bomb Explodes at U.N. HQ in Iraq

*20 Killed, 100 Wounded;*

*U.N. Special Envoy to Iraq Among the Dead*

A cement truck packed with explosives detonated outside the offices of the top U.N. envoy in Iraq on Tuesday, killing him and 19 other people and devastating the U.N.'s Baghdad headquarters in an unprecedented suicide attack against the world body. At least 100 people were wounded.

The bombing blasted a 6-foot-deep crater in the ground, shredded the facade of the Canal Hotel housing U.N. offices and stunned an organization that had been welcomed by many Iraqis, in contrast to the U.S.-led occupation forces.

Except for a newly built concrete wall, U.N. officials at the headquarters refused the sort of heavy security that the U.S. military has put up around some sensitive civilian sites. The United Nations "did not want a large American presence outside," Salim Lone, the U.N. spokesman in the Iraqi capital, said.

Emergency workers pulled bloodied survivors from the rubble and lined up the dead in body bags. Survivors reported other victims still buried.

The 4:30 p.m. blast may have specifically targeted Sergio Vieira de Mello, the top U.N. envoy, said L. Paul Bremer, who heads the U.S.-led administration in Iraq. "The truck was parked in such a place here in front of the building that it had to affect his office," Bremer said.

Vieira de Mello — a 55-year-old veteran diplomat serving in what one U.N. spokesman called the world body's toughest assignment — was meeting with other U.N. officials in his office when the explosion brought the room down around them. Vieira de Mello was wounded and trapped in the rubble, and workers gave him water as they tried to extricate him. Hours later, the United Nations announced his death.

"Those who killed him have committed a crime, not only against the United Nations but against Iraq

*continued on page A2*

**Nation's Worst Blackout**

Full Coverage:
Pages A4-7, A44-45, A51-56

*Ein Od Milvado*

M9

34
0 77146 35811 1

**EXHIBIT B**

משטרת ישראל

משטרת ישראל
06-01-2016
מפלג תפקידים מיוחדים
ימ"ר מחוז ירושלים

יחידה: מפלג תפקידים מיוחדי ירושלים
כתובת: מגרש הרוסים, ירושלים
טלפון: 02-5391290
תאריך: 6/1/16
אסמכתא: תיק פל"א 22619/03
תיק מסוף:

אל: כל המעוניין

הנדון: **אישור הודעה על גרימת נזק\פגיעה כתוצאה מפעולת איבה נגד ישראל**

1. הנני מאשר כי בתאריך 6.1.16 הודיע(ה) מר/ת **שלום גולדשטיין ת.ז 324398429 באמצעות יפוי כח לאחיו יחזקאל גולדשטיין.** הגר(ה) ב: **ברוקלין ארה"ב.** כי בתאריך 19/8/03 **נפגע בפיצוץ באוטובוס קו 2 בירושלים.**

נגרם נזק לנכס שלו ו/או פגיעה בגוף בנסיבות כדלקמן: (פרט סיבת הימצאות המתלונן באזור, תאריך, שעה, מקום האירוע, עדים וכיו"ב)
**הנ"ל נזקק לטיפול רפואי.**

2. ממצאי הבדיקות
X נבדק מקום האירוע. להלן המימצאים: **בתאריך הנ"ל התפוצץ מחבל מתאבד באוטובוס קו 2 בירושלים.**
☐ נבדק הרכב. להלן המימצאים: ______
לא נבדק מקום האירוע או הרכב מהסיבות הבאות: ______ הערות: ____

| מ.א. | דרגה | שם פרטי ומשפחה | תפקיד | חתימה |
|---|---|---|---|---|
| 1042126 | רס"מ | אודי בוסאני | רכז חקירות | [signature] |

חלק זה ימולא על ידי קצין משטרה מוסמך

3. **סיכום המימצאים** (לסמן רק חלופה אחת)

☒ נמצאו הוכחות ברורות שהנזק/הפגיעה נגרם/ה כתוצאה מפעולות מלחמה נגד ישראל

☐ נסיבות האירוע מעלות יסוד סביר להניח כי הנזק נגרם/ה כתוצאה מפעולות מלחמה נגד ישראל.

☐ אין בידי משטרת ישראל מימצאים המצביעים על כך שהפגיעה נגרם/ה כתוצאה מפעולות איבה נגד ישראל.

☐ נמצאו הוכחות ברורות וחד משמעיות כי הנזק לא נגרם/ה כתוצאה מפעולות מלחמה נגד ישראל.

**פרטי המאשר:**

| מ.א. | דרגה | שם פרטי ומשפחה | תפקיד | חתימה |
|---|---|---|---|---|
| | | | ראפי קבלאן, פקד מ.א. 1140599 ק' חקירות מת"א ימ"ר י-ם | [signature] |

**הערה:** טופס זה הינו בהתאם להנחיית מח"ק 03.300.217

**EXHIBIT C**

ב"ה

המרכז הרפואי שערי צדק, ירושלים

# מרפאת אף, אוזן וגרון

אף-אוזן-גרון כללי
ת.ז. 203815029 - 1 26/06/1984
גולדשטיין שלום
שמחה
אישור: 3321497
בטוח לאומי נפגעי
ת. קליטה 18/09/2003 09:35
מס. זהות קופ"ח: 770308260

משפחה | שם פרטי | שם האב

תאריך | מס' זיהוי | טלפון

ח ע"י

דות המחלה

פציעה (Blast Injury) ב-20/8/03

Neotympanum ...

נגיד ... באזור ... 3 חודשים

המרכז הרפואי שערי צדק
מומחה ... אף אוזן וגרון
מ.ר. 21435

R

L

חיצונה

ירותיו

אף, אוזן וגרון



שם האב
תאריך
טלפון
ש.ל.
מין
כתובת
שם המפנה
סיבת ההפניה
Patient Shalom Goldstein
Date Sept. 18, 1903
SRT + DISCRIM GIVEN IN ENGLISH
אודיומטריה
FREQUENCY IN Hz
dB HEARING LEVEL
SRT
DISC %
DB
MCL
TOL
MASKING
TONE DECAY
KEY
RIGHT (Red)
LEFT (Blue)
טימפנומטריה
PVT
ETF
COMPLIANCE
Probe
RT
LFT
רפלקס אקוסטי
Frequency in Hz.
Right Ear
Left Ear
Contra (Phone)
Ipsi (Probe)
Decay
סיכום והמלצות
Follow-up after test on 20/8/03 (one day after blast injury)
Today's test - one month after blast injury
Left Ear - Hearing within normal limits 250HZ - 6KHZ
Very mild drop at 8KHZ
improvement since last test
improvement — Right Ear - Hearing is within normal limits 1KHZ - 4KHZ
with a very mild drop at 250HZ, mild drop 6K-8KHZ with a S/N component There is a mild conductive element
Recommend - ENT + repeat hearing test according to physician's instructions
אינרא
740100115

בס"ד

**shaare zedek medical center**

**מרכז רפואי שערי צדק**

עמותה 58-000-7557

31/08/2003
15:03:03

מקור

קבלה 234708

קופאי: 30382

אנו מאשרים שקיבלנו ממר/מרת גולדשטיין שלום

ת.ז. 203815029 1

400.00 ש"ח

400.00 ש"ח ת.ז203815029

עבור
שר"פ של דר כהן דוד
מנהל מחלקה
בקור\יעוץ חוזר

צורת תשלום

| צ'ק | ת.צ'ק | בנק | סניף | מס' חשבון | סכום צ'ק |
|---|---|---|---|---|---|
| 958438 | 15/09/03 | 9 | 1 | 3521615 | 400.00 ש"ח |
| | | | | סה"כ בצ'קים: | 400.00 ש"ח |

ניתן לקבל את הצ'ק עצמו עד לתאריך הצ'ק, באגף הכספים (קומה 4) 22/09/2003
החזר התשלום במזומן יבוצע עם קבלת אישור מהבנק שהצ'ק נפרע, או לאחר

עד אז, קבלה זו אינה מהווה אישור על קבלת התשלום בפועל

המרכז הרפואי שערי צדק
SHAARE ZEDEK MEDICAL CENTER
שולם
PAID

Tel. 972-2-6555111, Fax. 972-2-6513946 P.O.BOX. 3235, Jerusalem 91031 ירושלים, 3235 ,ת.ד. ,02-6513946 פקס. ,02-6555111 :טל

בס"ד

**shaare zedek medical center** **מרכז רפואי שערי צדק**

עמותה 58-000-755

24/08/2003 מקור
16:09:43

קבלה 233781

קופאי: 30545

אנו מאשרים שקיבלנו ממר/מרת גולדשטיין שלום 500.00 ש"ח

ת.ז. 203815029 1

עבור
שר"פ של דר כהן דוד בקור\יעוץ ראשון 500.00 ש"ח ת.ז203815029
מנהל מחלקה

צורת תשלום
ויזה מס' 4030190010947187 500.00 ש"ח 24/08/2003

המרכז הרפואי שערי צדק
SHAARE ZEDEK MEDICAL CENTER
PAID שולם

טל: 02-6555111, פקס. 02-6513946, ת.ד. 3235, ירושלים 91031
Tel. 972-2-6555111, Fax. 972-2-6513946 P.O.BOX. 3235, Jerusalem 91031







ב״ה
shaare zedek medical center המרכז הרפואי שערי צדק

Aug 31st. 03

Shalom Goldstein

He suffered from blast injury with perforations in both ears.

On 8.24.03 : purulent (perf.) dry ← treated with Ciloxan

On 8.31.03 closed

perf. smaller, wet.

SHAARE ZEDEK MEDICAL CENTER
**DR. DAVID COHEN**
HEAD DEPARTMENT OF
OTOLARYNGOLOGY

P.O.Box 3235 ת.ד.
Jerusalem 91031 ירושלים
Telephone 6555111 טלפון
Fax 6513946 פקס

749700001

המרכז הרפואי שערי צדק, ירושלים

נפגע מספר : 138
אר״ן

**כרטיס חיסון**

שם ______ פרטי / משפחה ______ גיל ______

כתובת ______

תאריך 19.8 סוג החיסון d.T כמות 0.5 חתימה

תאריך 19.8 סוג החיסון Bio Hep A כמות 1cc חתימה

740100085



שערי צדק

מ. זהות: 1-203815029

טלפון:

לכבוד: **גולדשטיין שלום**

**רח חי יצחק 9/19 ביתר עילית**

הוזמן לך תור למרפאה: שר"פ

ל: כהן דוד

הטיפול: **בקור / יעוץ חוזר**

מועד התור נקבע ליום:

**ראשון 31/08/2003 ג' אלול תשס"ג**

**בשעה: 15:00**

נא לבדוק אם הטלפון והכתובת שברשותינו מדוייקים. ולא, נא להודיענו.

**אם ברצונך לבטל או לדחות התור, אנא הודע לנו בהקדם.**

בכבוד רב

מרפאת: שר"פ

טלפון: 6555999 (02) קומה: 4

*****לתשומת לבכם*****

**תזכורת: אנא זכור להביא אמצעי תשלום עבור ביקור זה**

תורים נוספים:

------------------

1. שר"פ כהן דוד
לתאריך: 24/08/03 לשעה: 16:15 עבור בדיקה : בקור / יעוץ ראשון

2. אף-אוזן-גרון כללי
לתאריך: 18/09/03 לשעה: 09:30

3. שמיעה ודיבור בדיקת שמיעה - רגיל
לתאריך: 18/09/03 לשעה: 11:15

לכבוד: גולדשטיין ,שלום
רח חי יצחק 9/19
ביתר עילית

תאריך - 20/08/2003

מס. רשומה - 10181258
בכל פניה נא לציין
המספר הנ"ל

מס. זהות: 9-000982455

הנדון: חוב עבור טיפול בחדר מיון מתאריך - 19/08/2003 עד - 20/08/2003

נא להעביר את התשלום למשרד קבלת חולים כדלהלן:
(על חברי קופת חולים לפנות לקופה לשם קבלת התחייבות)

| | | |
|---|---|---|
| 303230 | ביקור גלובלי במיון | 449.00 |
| | **סה"כ לתשלום :** | **449.00** |
| | **שולם ע"ח :** | **0.00** |
| | **יתרה לתשלום (בשקלים) :** | **449.00** |

שים לב: על מנת להקל על זיכוי חובך נבקשך לצרף חשבון זה לתשלום.

בכבוד רב

המשרד לקבלת חולים
טל: (02) - 655-5020
פקס: (02) - 651-4289

6555999 [illegible]

המרכז הרפואי שערי צדק

מרפאת אף אוזן גרון וניתוחי ראש צוואר

המכון לאבחון ולטיפול בליקויים בשמיעה ובדיבור

(11)

| | | | |
|---|---|---|---|
| ת.ז. 9-482455 | | | |
| שם משפחה גולדשטיין | שם פרטי [illegible] | שם האב [illegible] | |
| מין [illegible] | ש.ל. 28/6/84 | תאריך 20/8/03 | |
| כתובת | | טלפון | |

| שם המפנה [illegible] | שם הבודק [illegible] | אודיומטר 0B822 |
|---|---|---|

סיבת ההפניה: [illegible] Bil. Perf. [illegible] Rt. Corneal scratc [illegible] tinnitus [illegible]

## אודיומטריה

FREQUENCY IN Hz

| שמיעת דיבור | אוזן ימין | mask | אוזן שמאל | mask | שדה חופשי FF | שם מכשיר שמיעה |
|---|---|---|---|---|---|---|
| SRT | 25db | | 10db | | | |
| DISC % / DB | [illegible] | | [illegible] | | | |
| DISC % / DB | | | | | | |
| MCL | | | | | | |
| TOL | | | | | | |

שפת אם: [illegible]

שפת הבדיקה: [illegible]

MASKING

| 250 | 500 | 1000 | 2 | 4 | 8 | תדירות הMASK |
|---|---|---|---|---|---|---|
| | | | | | | אויר ימין |
| | | | | | | אויר שמאל |
| | | | | | | עצם ימין |
| | | | | | | עצם שמאל |

KEY:

| | Air | Air & mask | Bone | Bone & mask | Weber | Rinne | | לא נשמע |
|---|---|---|---|---|---|---|---|---|
| RIGHT (Red) | O | △ | > | ▷ | ← | ↑ | | ↓ |
| LEFT (Blue) | X | □ | < | ◁ | → | | | |

TONE DECAY

| Ear | Hz | Thr | 5 | 10 | 15 | 20 | 25 | 30 | mask Lvl | ABLB |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

(nB SI)

## טימפנומטריה

| PVT | |
|---|---|
| R. | L. |

| ETF | |
|---|---|
| R. | L. |

רפלקס אקוסטי

| | | Frequency in Hz. | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|---|---|
| Right Ear | Contra (Phone) | Decay | | | | |
| | Ipsi (Probe) | Decay | | | | |
| Left Ear | Contra (Phone) | Decay | | | | |
| | Ipsi (Probe) | Decay | | | | |

סיכום והמלצות: [illegible]

אגרא 740100115

דף מידע

# תגובה של דחק חריפה

לאחר אירוע קשה (טראומה) כמו פיגוע, תקיפה פיזית או תאונת דרכים, רוב האנשים מתקשים לחזור לחיים הרגילים.

קיימות מספר בעיות שכיחות:

- *קשיי שינה*. גם להירדם וגם שינה במשך הלילה
- *חלומות מטרידים*: עלולים להיות סיוטים לא רק על האירוע הטראומטי אלא גם על מצבי אלימות אחרים
- *תמונות חוזרות* של האירוע
- *עצבות*
- *עצבנות*
- *חוסר עניין* בעבודה ובחיים החברתיים
- *תאבון ירוד*
- *חרדה*
- *פחד* או פחדים
- *רגשות אשם*

תופעות אלה הן <u>רגילות</u> ואפילו צפויות. אלו צורות שבהם שהמוח האנושי מתמודד עם זיכרון של זוועות. בדרך כלל, תופעות אלה הולכות ודועכות תוך מספר ימים. אנשים שמגיבים כך לאחר האירוע לרוב חוזרים לחיים הרגילים תוך זמן קצר.

להתמודדות עם זיכרון ותופעות של אירוע קשה היא קלה יותר כאשר אדם נמצא בסביבה אוהדת ותומכת. לכן:

<u>דבר על מה שעברת עם מישהו שאכפת לו!</u>

חשוב לאדם להבין ולדעת שמה שהוא עובר הוא דבר צפוי ורגיל. עצם ידיעה זאת משפרת את מצבם של רוב האנשים.

יתכן גם מצב שמרגישים בסדר דווקא ישר לאחר האירוע ואז, בהדרגה או באופן פתאומי, מופיעים השינויים שהוזכרו לעיל, דהיינו עצבות, עצבנות, חרדה וכו'. תגובה מעין זאת עלולה להביל אנשים, אבל חשוב לזכור שגם תגובה זאת צפויה ורגילה ושהמצב עשוי להשתפר תוך מספר ימים.

מספר קטן של אנשים אינם מסוגלים לסבול את התופעות האלה וגם לא חשים שיפור תוך כמה ימים. הבעיה השכיחה ביותר היא חוסר שינה. אם אינך רואה שיפור תוך כשבוע ימים אחרי התחלת הסימפטומים, לך לרופא המשפחה שלך. אחרי שיחה אתך, יתכן והוא ימליץ על יעוץ או טיפול תרופתי כדי לזרז את ההתאוששות.

קורה לעתים רחוקות שאדם לא מצליח להשתחרר כלל מהחרדות ומהמועקה ושהן אף הולכות ומחריפות. במקרה כזה, מומלץ לפנות לחדר מיון בתאום עם הרופא המטפל.

*רפואה שלמה!*

| P.O.Box | 3235 | ת.ד |
|---|---|---|
| Jerusalem | 91031 | ירושלים |
| Telephone | 6555111 | טלפון |
| Fax | 6513946 | פקס. |

ב"ה

המרכז הרפואי [illegible]

# טופס פצוע [illegible]

## מכתב שחרור

19/08/2003 23:11
מס. נפגע 138
חדר מיון
מ. אשפוז: 10181258
גולדשטיין שלום
28/06/1984
שם אב: שמחה
שעה: ____
תאריך: ____
אחר 9-982455
מ.ז.:

שם החולה: ____
תאריך קבלה: ____
ת.ז.: ____
מחלקה: ____
מס' רשומה: ____
מין: זכר/נקבה גיל: ____

בן 19. בזמן פיצוץ. היה בתוך האוטובוס. [illegible]

[illegible]

אבחנות: Bilat. Perforation of tympanic membrane
Rt. Corneal scratch

המלצות: (1) [illegible]
(2) [illegible]
(3) [illegible]
(4) [illegible]
(5) Acamol 500

655508[illegible]

תאריך: שעה:

[illegible] SHOSHANA 12414

ב"ה

המרכז הרפואי ש[illegible]

19/08/2003 23:11 חדר מיון
מס. נפגע 138
מ. אשפוז: 10181258
גולדשטיין שלום
ז
28/06/1984 שם אב: שמחה
תאריך: ____ שעה: ____
מ.ז.: 9-982455 אחר

# טופס פצוע

שם החולה: ____
תאריך קבלה: ____
ת.ז.: ____
מחלקה: ____ מדבקה
מסי רשומה: ____
מין: זכר/נקבה גיל: ____

## שחרור

**מרפאת עיניים** שעה:

מצב:

המלצות:

ביקורת:

חתימה וחותמת

**מרפאת א.א.ג.** שעה:

אוזן ימין | אוזן שמאל

מצב: קרע [illegible] ב[illegible] (Rt > Lt)

המלצות: 1) [illegible] שמיעה [illegible] (6555081)
2) [illegible] אנטיביוטיקה לאוזן
ביקורת: [illegible] שבוע

חתימה וחותמת

**בדיקה חוזרת ע"י רופא משחרר** שעה:

חתימה וחותמת

**עובדת סוציאלית** שעה: 23:55

שלום נמצא פה עם אחיו הנשוי - שחרר הביתה ויקח אותו לנשם, קבל דף הדרכה ופגש הפנסיה הפצועים.

המרכז הרפואי שערי צדק
רחל ארן
עובדת סוציאלית
מ.ר. 13421

חתימה וחותמת

**משוחרר סופית על ידי:**

תאריך: שעה:

חתימה וחותמת