# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHALOM GOLDSTEIN**, *et al*,  )<br>  )<br>**Plaintiffs,**  )<br>  )<br>v.  )<br>  )<br>**ISLAMIC REPUBLIC OF IRAN**, *et al.*  )<br>  )<br>**Defendants.**  )<br>  ) | Civil Action No. 16-2507 (CRC) |

## DECLARATION OF SARAH GOLDSTEIN

COMES NOW the declarant, Sarah Simcha Goldstein, duly sworn upon oath, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am a citizen of the United States and the natural mother of Shalom Goldstein.

3. My husband Rabbi Simcha Goldstein and my eleven children Shalom Goldstein, Perla Goldstein, Toby Goldstein, Yisroel Yehuda Goldstein, Shaina Kutten, Shimon Goldstein, Yechezkal Goldstein, Avrohom Goldsten, Hendel Lezer, Dovy Goldstein, Chaya Hoffman, Yaakov Goldstein, Bassheva Goldstein and Moishe Goldstein are all citizens of the United States.

4. On the evening of August 19, 2003, I was at our family home when my husband Simcha Goldstein informed me that he spoke with his sister who had heard that there was a terrorist attack in Jerusalem and that she believed that Shalom was injured. I immediately panicked as I had not heard from my son and did not know whether he was alive or the extent of his injuries.

5. Attached as Exhibit A is a copy of the bus following the attack. I saw this photograph before I knew the fate of Shalom. I could not stop crying. I experienced extreme

1

anxiety and distress. I had never been so scared in my entire life and was overcome with a feeling of helplessness. I still remember the pain and desperation that I felt after learning of the attack. I have never felt such a sense of terror as I did on that day.

6. I was pregnant at the time of the attack. As soon as I saw a photograph of the destroyed bus and the devastation caused by the attack, the anxiety and stress caused me to go into premature labor. Attached as Exhibit B is a true and correct copy of records relating to my premature labor.

7. My life, and the lives of my entire family, has never been the same following the terrorist attack. I was overwhelmed with caring for a newborn while trying to console and comfort Shalom and the rest of my children. All of the children suffered extreme emotional distress as a result of the attack. They were immediately anxious when in public places and were fearful of another attack at all times.

8. I constantly worry about my children and I do everything I can to protect them. The attack has caused me severe emotional distress and I will never be the same.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 2nd day of December 2018.

*Sarah Goldstein*
Sarah Goldstein

# EXHIBIT A

# Hamodia

## THE WEEKLY NEWSPAPER OF TORAH JEWRY

Vol. 21  Aug. 22, 2003  Price: N.Y./N.J. $1.00/Outside N.Y. $1.75/Catskills $1.25

## 18 Jews Killed in Jerusalem Bus Bombing; 'Road Map' Frozen

*Crowded double bus was carrying families who had davened at the Kosel; more than 100 wounded in latest atrocity*

In one of the most horrific bombings to hit Jerusalem, a suicide bomber blew himself up on a crowded double-length bus in Jerusalem, killing 18 Israelis, Hy"d, including five children; and wounding 120, on Tuesday night.

The No. 2 Egged bus was packed with families returning from the Kosel shortly after 9:00 p.m. when the suicide bomber, dressed as a chareidi Jew, detonated himself as the bus was making a right turn on to Shmuel Hanavi Street, a busy intersection in the heart of Jerusalem. The force of the blast demolished the No. 2 bus, and blew out the windows of a bus in front of the bombed bus, as well as those of a car behind it, wounding some of their passengers.

"I had just come from davening at the Kosel and was heading home," said Tzvi Weiss, an 18-year old yeshiva student from New York City who sat in the front of the bus and escaped unharmed. "The bomb went off at the back of the bus. Everything went black. I climbed out of the broken window and started running. All around me there were people covered in blood, screaming, some with limbs missing," he said.

Eyewitnesses described the scene as a masscrep: a baby carriage on the floor of the bus, covered with blood; the interior of the bus, covered with blood; clothing, including hats, soaked in blood.

Another eyewitness saw an infant on the floor of the bus, burnt all over. "I saw little children and adults coming out of the bus that are burned all around," he said.

A yeshiva student reported that he was in a shiur when he heard a noise that shook the building. He ran out and saw wounded and dazed passengers try to get out of the bus. "I saw a little girl all burnt laying on the floor and saying, 'Take me away from here.'"

David Goldstein, who was in a nearby shul, some 200 feet from the scene of the bombing, rushed to place when he heard the explosion. He heard children and women screaming and crying. "I saw a two-year old baby who was no longer breathing, but she still had a pulse. I tried to resuscitate her, but I couldn't".

Shocked survivors, including crying children with blood-smeared faces, were led away from the scene.

Emergency personnel were trying to rescue people, using torches to free them from the bus. Many Jews rushed to shuls to recite *tehillim*, and to entreat Hashem to order the *malachi hamashchis* to desist, "Enough."

Yaakov Kalmen, from Hatzoloh of Jerusalem, reported that the bottom of the bus collapsed, and many wounded passengers and body parts just fell to the ground below it.

The wounded were evacuated to hospitals around the city. Five of the 21 victims taken to Hadassah

*continued on page A2*

*Wreckage of the crowded double-length bus en route from the Kosel that was destroyed by suicide bomber on Tuesday night, killing 18 Israelis, Hy'd, including five children, and wounding 120.*

## Truck Bomb Explodes at U.N. HQ in Iraq

### 20 Killed, 100 Wounded;
*U.N. Special Envoy to Iraq Among the Dead*

A cement truck packed with explosives detonated outside the offices of the top U.N. envoy in Iraq on Tuesday, killing him and 19 other people and devastating the U.N.'s Baghdad headquarters in an unprecedented suicide attack against the world body. At least 100 people were wounded.

The bombing blasted a 6-foot-deep crater in the ground, shredded the facade of the Canal Hotel housing U.N. offices and stunned an organization that had been welcomed by many Iraqis, in contrast to the U.S.-led occupation forces.

Except for a newly built concrete wall, U.N. officials at the headquarters refused the sort of heavy security that the U.S. military has put up around some sensitive civilian sites. The United Nations "did not want a large American presence outside," Salim Lone, the U.N. spokesman in the Iraqi capital, said.

Emergency workers pulled bloodied survivors from the rubble and lined up the dead in body bags.

Survivors reported other victims still buried.

The 4:30 p.m. blast may have specifically targeted Sergio Vieira de Mello, the top U.N. envoy, said L. Paul Bremer, who heads the U.S.-led administration in Iraq. "The truck was parked in such a place here in front of the building that it had to affect his office," Bremer said.

Vieira de Mello — a 55-year-old veteran diplomat serving in what one U.N. spokesman called the world body's toughest assignment — was meeting with other U.N. officials in his office when the explosion brought the room down around them. Vieira de Mello was wounded and trapped in the rubble, and workers gave him water as they tried to extricate him. Hours later, the United Nations announced his death.

"Those who killed him have committed a crime, not only against the United Nations but against Iraq

*continued on page A2*

---

**Congress to Defend Fence Against Sanctions** — A20

**Shloshim of Gateshead Rav, zt"l** — B38



**French Heat-Wave Sparks Resignations** — B32



**Internal Injuries**
PROFILES OF COURAGE
PAGE B2

**Pollard To Get His Day in Court**
PAGE A18

*Ein Od Milvado*



**Nation's Worst Blackout**
Full Coverage:
Pages A4-7, A44-45, A51-56

# EXHIBIT B

# CERTIFICATE OF BIRTH REGISTRATION

## CERTIFICATE OF BIRTH

DATE FILED: 2003 AUG 25 P 2:56

Birth No. 156-03-077923

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1. FULL NAME OF CHILD | YISROEL | YEHUDA | GOLDSTEIN |

| 2. SEX | 3a. NUMBER DELIVERED of this pregnancy | 4a. DATE OF CHILD'S BIRTH (Month)(Day)(Year) | 4b. HOUR |
|---|---|---|---|
| Male | 1 | August 21, 2003 | 02:32 PM |

3b. If more than one, number of this child in order of delivery

| 5. PLACE OF BIRTH | 5a. NEW YORK CITY BOROUGH OF | 5b. Name of Facility | 5c. TYPE OF PLACE |
|---|---|---|---|
| | Brooklyn | Maimonides Medical Center | Hospital |

| 6a. MOTHER'S FULL MAIDEN NAME | 6b. MOTHER'S DATE OF BIRTH | 6c. MOTHER'S BIRTHPLACE |
|---|---|---|
| SARAH BRAINA BREIER | 10/17/1957 | Spring Valley, NY |

| 7. MOTHER'S USUAL RESIDENCE a. State | b. County | 7c. City, town, or location | 7d. Street and house number | Zip | 7e. Inside city limits of 7c? |
|---|---|---|---|---|---|
| NY | Kings | New York | 1319 45th Street | 11219 | Yes |

| 8a. FATHER'S FULL NAME | 8b. FATHER'S DATE OF BIRTH | 8c. FATHER'S BIRTHPLACE |
|---|---|---|
| SIMCHA GOLDSTEIN | 05/31/1954 | Detroit, MI |

9a. NAME OF ATTENDANT AT DELIVERY: Janet Rubinstein, M.D.

9b. I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN

Signed: [signature]
Name of Signer: Janet Rubinstein
Address: 4506 12th Avenue, Brooklyn, NY 11219
Date Signed: 8/21 Year 2003

Information added or amended: (Reason) ___ Date ___ City Registrar ___

**VITAL RECORDS — DEPARTMENT OF HEALTH AND MENTAL HYGIENE — THE CITY OF NEW YORK**

SARAH BRAINA GOLDSTEIN
1319 45th Street
Brooklyn      NY      11219

MOTHER'S MAILING ADDRESS ← Copy of this certificate will be mailed to her when it is filed with the Department of Health and Mental Hygiene.

Above is a Certificate of Birth Registration for your child, which is sent without charge. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law. If the certificate contains any errors it is important to have them corrected as soon as possible. You may call (212) 788-4520 for information. Or, you may write to the Corrections Unit, Office of Vital Records, 125 Worth Street- CN4, New York, New York 10013. Forms and instructions are also available on the Department of Health and Mental Hygiene's Web site: www.nyc.gov/health

MAYOR — COMMISSIONER OF HEALTH AND MENTAL HYGIENE — CITY REGISTRAR

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

AUGUST 26, 2003      DOCUMENT No. F106966



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

May 31, 2013

**Patient:**   Sara Goldstein

**D.O.B.:**   10/07/1957

To Whom It May Concern:

Ms. Goldstein was my patient when she delivered her son on August 21, 2003. She delivered at 37 weeks due to emotional distress involving another child's exposure to a bus bombing in Israel on August 21, 2003.

Sincerely,

*Janet Ann Rubinstein, MD*

Janet A. Rubinstein, MD

