**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHALOM GOLDSTEIN,** *et al.*, | | |
| Plaintiffs, | | |
| v. | | Case No. 16-cv-2507 (CRC) |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, | | |
| Defendant. | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants pay to each Plaintiff the amount of damages set forth in the table below:

| | Pain and Suffering Damages | Solatium Damages | Total Damages |
|---|---|---|---|
| Shalom Goldstein | $2,500,000 | $0 | $2,500,000 |
| Rabbi Simcha Goldstein | $0 | $1,250,000 | $1,250,000 |
| Sarah B. Goldstein | $0 | $1,500,000 | $1,500,000 |
| Y.G., a minor | $0 | $312,500 | $312,500 |
| P.G., a minor | $0 | $625,000 | $625,000 |
| T.G., a minor | $0 | $625,000 | $625,000 |
| Shaina Kutten | $0 | $625,000 | $625,000 |
| Shimon Goldstein | $0 | $625,000 | $625,000 |
| Yechezkal Shraga Goldstein | $0 | $625,000 | $625,000 |
| Avrohom David Goldstein | $0 | $625,000 | $625,000 |

| Hendel Lezer | $0 | $625,000 | $625,000 |
|---|---|---|---|
| Dovy Goldstein | $0 | $625,000 | $625,000 |
| Chaya Chana Hoffman | $0 | $625,000 | $625,000 |
| Yaakov Yosef Goldstein | $0 | $625,000 | $625,000 |
| Bas-Sheva Goldstein | $0 | $625,000 | $625,000 |
| Moishe Goldstein | $0 | $625,000 | $625,000 |

And it is further

**ORDERED** that Defendants shall be jointly and severally liable for the entire judgment amount of $13,062,500; and it is further

**ORDERED** that Plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to Defendants.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: April 19, 2019